PER CURIAM. The judgment appealed from is affirmed, without costs, and the order modified, by striking from bill of costs $8 and $5, disbursements for printing cases on first and second appeals, and, as so modified, affirmed, without costs.

PUTRAW v. LORD. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Alice R. Putraw against Hester P. Lord. No opinion. Motion granted, with $10 costs. Order filed.

QUINN, Respondent, v. SUN PRINTING & PUBLISHING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1908.) Action by Francis J. Quinn against the Sun Printing & Publishing Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

RANSOM, Respondent, v. DEVLIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 6, 1908.) Action by Washington H. Ransom against Elizabeth Devlin and another. No opinion. Judgment and order affirmed, with costs.

REALTY BUYERS, Respondent, v. HUTTER, Appellant. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by the Realty Buyers against Leopold Hutter. Arnstein & Levy, for appellant. Geo. Freifeld, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

REGNIER, Respondent, v. COMPAGNIE GENERALE TRANSATLANTIQUE, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Alexander Regnier against the Compagnie Generale Transatlantique. No opinion. Motion denied.

REICH, Respondent, v. COCHRAN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Elizabeth Reich against Eva S. Cochran and others. P. H. Stewart, for appellants. A. B. Parker, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

REICH v. COCHRAN. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Elizabeth Reich against Eva S. Cochran. No opinion. Motion granted, with $10 costs. Order filed.

REILLY, Respondent, v. STEINHARDT, Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Hugh J. Reilly against Frank Steinhardt. D. T. Davis, for appellant. H. Wetherborn, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

REINHEIMER, Respondent, v. DAVIS et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by Ferdinand A. Reinheimer against Joseph Davis and Louis Davis, copartners, composing the firm of J. Davis & Son. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

REISLER, Respondent, v. SPRINGER, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1908.) Action by Morris Reisler, an infant, against John H. Springer. E. B. La Fetra, for appellant. J. V. Bouvier, Jr., for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $10,000, in which event the judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

INGRAHAM and HOUGHTON, JJ., dissent, voting for reversal.

RENAULT v. SIMPSON CRAWFORD CO. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by George Renault against the Simpson Crawford Company. With this case have been consolidated in this court cases bearing titles as follows: Samuel Baumann v. Chas. Dochterman; Templar Saxe v. Shubert Theatrical Company; Sigmund Ernst v. Antoinette Loeb. No opinions. Application denied, with $10 costs, in each case. Order signed.

RESNICOFF, Respondent, v. BLICK, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Max Resnicoff against Samuel Blick, impleaded with others. No opinion. Order of the County Court of Kings county affirmed, with $10 costs and disbursements.

REYNOLDS et al., Respondents, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1908.) Action by J. Tome Reynolds and another, as administrators, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and WILLIAMS, J., vote for reversal, on the ground that plaintiff's intestate was not shown to have been free from contributory negligence.

RICH, Appellant, v. BROOKLYN, Q. C. & S. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by David Rich against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

RICHARD V. HARNETT & CO., Respondent, v. ENGLANDER, Appellant. (Supreme Court, Appellate Division, First Department.

May 1, 1908.) Action by Richard V. Harnett & Co. against Beethoven Englander. M. Ash, for appellant. L. E. Warren, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See 105 N. Y. Supp. 1140.

RINI, Appellant, v. PESCIA, Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Giuseppe B. Rini against Enrico V. Pescia. No opinion. Motion dismissed.

RINI, Appellant, v. PESCIA, Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Giuseppe B. Rini against Enrico V. Pescia. No opinion. Order affirmed, with $10 costs and disbursements.

RODGERS, Respondent, v. STANNARD, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1908.) Action by John C. Rodgers against Ambrose B. Stannard. T. H. Lord, for appellant. J. W. Boothby, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict by deducting therefrom $472.51, in which event the judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

ROMER v. STANDARD PLUNGER CO. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Michael Romer against the Standard Plunger Company. No opinion. Motion denied, with $10 costs. Order filed.

ROSCOE LUMBER CO., Appellant, v. REYNOLDS et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by the Roscoe Lumber Company against William H. Reynolds and another. No opinion. Motion denied.

ROSEFF et al., Respondents, v. RUTH et al., Appellants. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Samuel Roseff and another against Abraham Ruth and another. A. Rosenstein, for appellants. J. Frankenheimer, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

ROSENBERG et al., Respondents, v. FEIERING, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Louis Rosenberg and another against Jennie Feiering. No opinion. Motion denied, without costs.

ROSENWASSER, Respondent, v. ÆTNA INDEMNITY CO., Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1908.) Action by Morris Rosenwasser against the Ætna Indemnity Company. M. A. Schenck, for appellant. M. Silverstein, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ROSENZWEIG, Respondent, v. MANES, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Bernard Rosenzweig against Max Manes. No opinion. Judgment of the Municipal Court affirmed, with costs. See 100 N. Y. Supp. 1140.

RUBINSTEIN, Appellant, v. RADT, Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by George Rubinstein against Max Radt. J. F. Cloonan, for appellant. D. L. Podell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RYAN v. MIDDLEBROOK. (Supreme Court, Appellate Division, First Department. May 8, 1908.) Action by Mary Ryan against Frederick J. Middlebrook, as executor of William M. Ryan. From a judgment entered on a referee's report, both parties appeal. Modified and affirmed. Robert Goeller, for plaintiff. Manfred W. Ehrich, for defendant.

PER CURIAM. The judgment should be modified, by deducting from the amount found due to the plaintiff interest on $15,738.20 from April 22, 1902, the date of the death of William Ryan, to July 15, 1903. The sum of $88 costs must also be deducted. As thus modified, the judgment will be affirmed, without costs in this court to either party. Settle order on notice.

SAGGESE v. HOOKEY. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Gaetano Saggese against William T. Hookey. No opinion. Motion granted, with $10 costs. Order filed.

SALOMON et al., Respondents, v. T. GARCIA BRO. & CO., Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Gustav Salomon and another against T. Garcia Bro. & Co. W. Bondy, for appellant. A. G. Reeves, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON, J., dissents.

SANDERS v. DELAWARE, L. & W. R. CO. (Supreme Court, Appellate Division, Third Department. May 22, 1908.) Action by Joseph Sanders against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion granted.

SANFORD, Respondent, v. RHOADS et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Henry G. Sanford, as administrator of the goods, chattels, and credits which were of Robert Sanford, deceased, against Benjamin T. Rhoads and others. No opinion. Motion denied.